## POORE v. SWAN QUARTER FARMS

No. 430P89

Case below: 95 N.C.App. 449

Petition by defendant (Mary H. Van Dorp) for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

## RICH v. WRIGHT

No. 470P89

Case below: 95 N.C.App. 661

Petition by defendant (Wright) for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

## SHOOK v. SHOOK

No. 473P89

Case below: 95 N.C.App. 578

Appeal by plaintiff dismissed 18 January 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

## SISTARE v. HOISINGTON

No. 499P89

Case below: 96 N.C.App. 121

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

## SNEAD v. FOXX

No. 490PA89

Case below: 95 N.C.App. 723

Petition by defendant (Foxx) for discretionary review pursuant to G.S. 7A-31 allowed 18 January 1990.